**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00424-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CARL W. RAYMONDE,

        Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Defendant filed an Unopposed Motion to Continue, Doc No. 132.  The supervised release violation hearing set **Wednesday, December 2, 2009 at 9:00 a.m.** is **CONVERTED TO A SCHEDULING HEARING** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  November 30, 2009
_____