**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00424-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  CARL W. RAYMONDE,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     The supervised release violation hearing regarding Defendant Raymonde is set **Monday, March 1, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.



Dated:  January 7, 2010
_____