**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00424-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  CARL W. RAYMONDE,

        Defendant.

___

**ORDER**
___

Upon the Government's Motion for Reduced Sentence Pursuant to Fed. R. Crim. P. 35(B)(2)(B) (Doc 180 - filed June 6, 2011), it is

ORDERED that Government's Motion is **GRANTED** and Defendant's sentence is reduced to a total time of imprisonment of time served.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   June 7, 2011